ROSE VAN DETT, an Infant, by Her Guardian ad Litem, JOHN VAN DETT, and JOHN VAN DETT, Respondents, v. LINA S. LIPPNER, Appellant.— Appeal by defendant from a judgment recovered by the infant plaintiff in an action to recover for personal injuries and by her father to recover for loss of services and expenses. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Close, JJ.

GRACE I. WESTFALL, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— In an action in rescission, based on fraud and misrepresentation, to recover the purchase price of a participating mortgage certificate covering vacant land in Queens county, the plaintiff has recovered judgment. Judgment reversed on the facts and a new trial granted, costs to appellant to abide the event, upon the ground that the determination of the jury is against the weight of the evidence. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.